DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| DIANE C. BURKE : | Chapter 13 |
| : | Case No.: 5:17-bk-04938 |
| Debtor : | |

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 14th day of August, 2018, I served a true and correct copy of the of the attached Notice and First Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: August 14, 2018          By:   /s/ David J. Harris
Wilkes-Barre, Pennsylvania             DAVID J. HARRIS, ESQUIRE

Case 5:17-bk-04938-RNO    Doc 35    Filed 08/15/18    Entered 08/15/18 06:47:36    Desc
Main Document    Page 1 of 3

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

DIANE C. BURKE

Chapter: 13

Case No.: 5:17-BK-04938

Debtor(s)

## NOTICE

The confirmation hearing on the 2nd Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: NOVEMBER 7, 2018      Time: 9:30 am

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: NOVEMBER 1, 2018.

**For cases before the Hon. Robert N. Opel, II and Hon. John J. Thomas (indicated in the Case No. with the initials "JJT" or "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: August 14, 2018      Filed by:   DAVID J. HARRIS, ESQUIRE

69 PUBLIC SQUARE, STE 700

WILKES-BARRE, PA 18701

Label Matrix for local noticing
0314-5
Case 5:17-bk-04938-RNO
Middle District of Pennsylvania
Wilkes-Barre
Tue Aug 14 08:18:34 EDT 2018





1836

M&T BANK
PO BOX 1508
BUFFALO, NY 14240-1508

M&T Bank
P. O. Box 619063
Dallas, TX 75261-9063

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T BANK

End of Label Matrix
Mailable recipients  12
Bypassed recipients   1
Total                13