```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                              Case No. 17-04938-RNO
Diane C. Burke                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: TWilson        Page 1 of 1          Date Rcvd: Nov 20, 2018
                            Form ID: pdf010      Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
            +Ernest C. Burke,    7505 Blue Ridge Trail,    Wapwallopen, PA 18660-1836
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
            David J. Harris   on behalf of Debtor 1 Diane C. Burke dh@lawofficeofdavidharris.com,
            davidharrisesqign@gmail.com
            James  Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| **Diane C. Burke** | | **Chapter:** | **13** |
| | **Debtor 1** | **Case No:** | **5-17-bk-04938 RNO** |
| | | | |
| **M&T Bank** | | **Document No.:** | **37** |
| vs. | **Movant(s)** | **Nature of Proceeding:** | **Motion for Relief from Automatic Stay** |
| **Diane C. Burke** | | | |
| **Ernest C. Burke, Jr.** | | | |
| **Charles J. DeHart III** | | | |
| | **Respondent(s)** | | |

## ORDER STIPULATION DUE

Upon consideration of the Request to Remove from the Hearing/Trial List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by January 3, 2019, the Court may deny this Motion without further notice.

**FURTHER ORDERED** that the hearing/trial previously scheduled on the Motion for Relief from Automatic Stay for November 21, 2018, is hereby CANCELLED.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(PAR)

November 19, 2018

Order Stip Due or Relist – Revised 4/18