**DAVID J. HARRIS, ESQUIRE**
ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DIANE C. BURKE | : | Chapter 13 |
| | : | Case No.: 5:17-bk-04938 |
| Debtor | : | |

### CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 6th day of December, 2018, I served a true and correct copy of the of the attached Notice and Second Amended Chapter 13 Plan in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: December 6, 2018  By: /s/ David J. Harris
Wilkes-Barre, Pennsylvania  DAVID J. HARRIS, ESQUIRE

Rev. 04/19/07

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

DIANE C. BURKE

Chapter: 13

Case No.: 5:17-BK-04938

Debtor(s)

## NOTICE

The confirmation hearing on the 2nd Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: January 23, 2019      Time: 9:30 am

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: January 16, 2019.

**For cases before the Hon. Robert N. Opel, II and Hon. John J. Thomas (indicated in the Case No. with the initials "JJT" or "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: December 6, 2019      Filed by:   DAVID J. HARRIS, ESQUIRE

69 PUBLIC SQUARE, STE 700

WILKES-BARRE, PA 18701

```
Label Matrix for local noticing        Diane C. Burke                          
0314-5                                  7505 Blue Ridge Trl
Case 5:17-bk-04938-RNO                  Wapwallopen, PA 18660-1836
Middle District of Pennsylvania
Wilkes-Barre
Tue Dec  4 07:48:26 EST 2018
                                                                                


M&T BANK                                                    M&T Bank
PO BOX 1508                                                                     P. O. Box 619063
BUFFALO, NY 14240-1508                                                          Dallas, TX  75261-9063


(p)M&T BANK                                                 Verizon
LEGAL DOCUMENT PROCESSING                                                       by American InfoSource LP as agent
626 COMMERCE DRIVE                                                              PO Box 248838
AMHERST NY 14228-2307                                                           Oklahoma City, OK  73124-8838


James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



M&T Bank
P.O. Box 1288
Buffalo, NY 14240-1288

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)M&T BANK                             End of Label Matrix
                                        Mailable recipients   12
                                        Bypassed recipients    1
                                        Total                 13
```

