```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04938-RNO
Diane C. Burke                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: TWilson     Page 1 of 1     Date Rcvd: Mar 28, 2019
                       Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
db          Diane C. Burke,    7505 Blue Ridge Trl,    Wapwallopen, PA   18660-1836
           +Ernest C. Burke,    7505 Blue Ridge Trail,    Wapwallopen, PA 18660-1836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         David J. Harris    on behalf of Debtor 1 Diane C. Burke dh@lawofficeofdavidharris.com,
          davidharrisesqign@gmail.com
         James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Diane C. Burke | | |
| | Debtor(s) | CHAPTER 13 |
| M&T Bank | | |
| | Movant | |
| v. | | |
| Diane C. Burke | | NO. 17-04938 RNO |
| | Respondent | |
| | and | |
| Ernest C. Burke, Jr | | |
| Charles J. DeHart, III Esq. | | |
| | Additional | 11 U.S.C. Section 362 and 1301 |
| Respondents | | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, and the Debtor's Answer thereto, after hearing held on March 28, 2019, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at Rr2 Box 117F aka 7505 Blue Ridge Trail, Wapwallopen, PA 18660 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: March 28, 2019

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)