```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 17-04938-RNO
Diane C. Burke                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5       User: TWilson           Page 1 of 1          Date Rcvd: Apr 17, 2019
                           Form ID: ordsmiss       Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db              Diane C. Burke,    7505 Blue Ridge Trl,    Wapwallopen, PA  18660-1836
4997650         Burke Diane C,    7505 Blue Ridge Trl,    Wapwallopen, PA  18660-1836
4997651         Law Office of David J Harris,    67-69 Public Sq Ste 700,    Wilkes Barre, PA  18701-2515
5036867        +M&T BANK,    PO BOX 1508,    BUFFALO, NY  14240-1508
4997652        +M&T Bank,    P. O. Box 1508,    Buffalo, NJ  14240-1508
4997653         M&T Bank,    P. O. Box 619063,    Dallas, TX  75261-9063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5043399         E-mail/Text: camanagement@mtb.com Apr 17 2019 19:06:58      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY  14240-1288
5026802         EDI: AIS.COM Apr 17 2019 23:08:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David J. Harris    on behalf of Debtor 1 Diane C. Burke dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Diane C. Burke,                             Chapter      13

**Debtor 1**

Case No.      5:17–bk–04938–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: April 17, 2019                             By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

ordsmiss (05/18)